<u>NOT FOR PUBLICATION</u>                                      (Document No. 11)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

_____        :
                                                                      :
BURLINGTON COUNTY INSURANCE          :
POOL JOINT INSURANCE FUND,                   :
                                                                      :        Civil No. 11-6703 (RBK/JS)
                                         Plaintiff,              :
                                                                      :
                      v.                                           :        **ORDER**
                                                                      :
                                                                      :
POP-N-GO, INC. and                                     :
ABC CORPORATIONS,                                   :
                                                                      :
                                         Defendants.        :
_____        :

**KUGLER**, United States District Judge:

      **THIS MATTER** having come before the Court upon Plaintiff's motion for default

judgment under Federal Rule of Civil Procedure 55(b)(2) (Doc. No. 11), and the Court having

considered the moving papers; and for the reasons expressed in the Opinion issued this date;

      **IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED**, and **JUDGEMENT**

is entered in favor of Plaintiff Burlington County Insurance Pool Joint Insurance Fund and

against Defendant Pop-N-Go, Inc. in the amount of $98,520.62 together with prejudgment

interest and costs of suit.

Dated: 9/25/2013                                             /s/ Robert B. Kugler
                                                                    ROBERT B. KUGLER
                                                                    United States District Judge