# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| BURLINGTON COUNTY INSURANCE POOL JOINT INSURANCE FUND, | : : : : | Civil No. 11-6703 (RBK/JS) |
| Plaintiff, | : : |  |
| v. | : : | **ORDER** |
| POP-N-GO, INC. and ABC CORPORATIONS, | : : : : |  |
| Defendants. | : : |  |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon Plaintiff's motion for default judgment under Federal Rule of Civil Procedure 55(b)(2) (Doc. No. 11), and the Court having considered the moving papers; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED**, and **JUDGEMENT** is entered in favor of Plaintiff Burlington County Insurance Pool Joint Insurance Fund and against Defendant Pop-N-Go, Inc. in the amount of $98,520.62 together with prejudgment interest and costs of suit.

Dated: 9/25/2013                                        /s/ Robert B. Kugler
                                                        ROBERT B. KUGLER
                                                        United States District Judge